1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  Brian C. Lewis  (ILBN 6286715)
   Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: brian.lewis@usdoj.gov

8  Attorneys for Plaintiff

9                          UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA
11                              SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           )   No. CR 09-0302 VRW
                                       )
14         Plaintiff,                  )
                                       )   [~~PROPOSED~~] ORDER EXCLUDING
15         v.                          )   **TIME FROM APRIL 2, 2009 TO**
                                       )   **APRIL 30, 2009**
16 ALDAIR GONZALEZ-GUTIERREZ,          )
                                       )
17         Defendant.                  )
                                       )
18 ─────────────────────────────────────

19

20     The parties appeared before the Honorable Vaughn R. Walker on April 2, 2009.  With the

21 agreement of counsel for both parties, the Court found and held as follows:

22     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

23 § 3161, from April 2, 2009 to April 30, 2009.  Failure to grant the requested continuance would

24 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

25 into account the exercise of due diligence and the need for counsel to receive and review certain

26 documents requested by defense counsel from immigration officials.

27

28

ORDER EXCLUDING TIME
No. CR 09-0302 VRW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 2, 2009 to April 30, 2009, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 2, 2009 to April 23, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: April 3, 2009

/s/
GEOFFREY HANSEN
Counsel for Aldair Gonzalez-Gutierrez

DATED: April 3, 2009

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 9, 2009

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER EXCLUDING TIME
No. CR 09-0302 VRW            -2-